**No. 48392.**—Protests 24718–K, etc., of William J. Jones & Co. (Philadelphia).

Opinion by EKWALL, J. The issues or the questions of law are the same in all material respects as those involved in *Joseph Schmidt, Inc.* v. *United States* (9 Cust. Ct. 188, C. D. 690). The merchandise was therefore held not subject to countervailing duty, in accordance with stipulation of counsel.

BEFORE THE SECOND DIVISION, JUNE 14, 1943

**No. 48393.**—Protests 924927–G, etc., of Olivier Straw Goods Corp. et al. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) and Abstract 46497 the hemp hats in question were held dutiable as claimed. It was also stipulated that the racello hats are the same in all material respects as those involved in Abstract 47291. In accordance therewith the claim at 25 percent under paragraph 1504 (b) (1) was also sustained as to this item.

**No. 48394.**—Protest 84207–K of Ino Merchandise Co. (San Francisco).

Opinion by TILSON, J. It was stipulated that certain of the items in question consist of woven mufflers in chief value of silk, hemmed, valued at more than $5 per dozen. In accordance therewith the protest was sustained as to this claim.

**No. 48395.**—Protest 640885–G of Geo. W. Reed & Co. (San Francisco).

Opinion by TILSON, J. It was stipulated that certain of the items in question consist of 8-bu. paper hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the protest was sustained as to this claim.